FILED
14-0949
1/27/2015 3:07:49 PM
tex-3916521
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

**NO.** 14-0949

In The Supreme Court of Texas

_____

**IN RE LIFE PARTNERS, INC., LIFE PARTNERS
HOLDINGS, INC., BRIAN D. PARDO, and R. SCOTT PEDEN,**

**Relators.**

_____

Original Proceeding for Writ of Mandamus to the
191st Judicial District Court of Dallas County, Texas
Cause No. DC-11-10639 (MDL 13-0357)

**RELATORS' NOTICE OF STAY BECAUSE OF BANKRUPTCY**

TO THE HONORABLE SUPREME COURT OF TEXAS:

COMES NOW Relators Life Partners, Inc., Scott Peden, Brian Pardo, and Life Partners Holdings, Inc. and files this Relators' Notice of Stay Because of Bankruptcy, thus notifying the Court that Life Partner's Holdings, Inc. filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, on January 20, 2015, in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, as Case No. 15-40289-rfn-11. A copy of the Notice of Filing of the Bankruptcy Case is attached hereto as **Exhibit A**.

Respectfully submitted,

/s/G. Kevin Buchanan
Texas Bar Number 00787161
Chad T. McLain
Texas Bar Number 24083484
KEVIN BUCHANAN & ASSOCIATES, PLLC
900 Jackson Street, Suite 350
Dallas, Texas 75202
Telephone: (214) 378-9500
Facsimile: (214) 365-7220
Email: courtfilings@kevinbuchananlaw.com

      and

Charles "Chad" Baruch
Texas Bar Number 01864300
THE LAW OFFICE OF CHAD BARUCH
3201 Main Street
Rowlett, Texas 75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
Email: baruchesq@aol.com

*Counsel for Relators*

## Certificate of Service

The undersigned counsel of record certifies that a true copy of this instrument was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel on January 27, 2015, as follows:

James Craig Orr Jr.
HEYGOOD, ORR & PEARSON
2331 West Northwest Highway, Second Floor
Dallas, Texas 75220
By email to jim@hop-law.com and by United States mail

Mark W. Allan
1527 West State Highway 114, Suite 500
Grapevine, Texas 76051
By email to mallan@allanfirm.com and by United States mail

The Honorable Gena Slaughter
Judge, 191st Judicial District Court
600 Commerce Street, Seventh Floor
Dallas, Texas 75202
By United States mail

/s/G. Kevin Buchanan
Attorney for Relators

United States Bankruptcy Court
Northern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 01/20/2015 at 12:26 PM and filed on 01/20/2015.

**FILED**
**01/20/2015**
**12:26 PM**

**Life Partners Holdings, Inc.**
204 Woodhew Drive
Waco, TX 76712
Tax ID / EIN: 74-2962475

The case was filed by the debtor's attorney:

**J. Robert Forshey**
Forshey & Prostok, LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
817-877-8855

The case was assigned case number 15-40289-rfn11 to Judge Russell F. Nelms.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txnb.uscourts.gov or at the Clerk's Office, 501 W. Tenth Street, Fort Worth, TX 76102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**EXHIBIT**
**A**

Tawana C. Marshall
Clerk, U.S. Bankruptcy
Court

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/20/2015 12:27:04 | | | |
| **PACER Login:** | fp0166:2550726:0 | **Client Code:** | 1059 |
| **Description:** | Notice of Filing | **Search Criteria:** | 15-40289-rfn11 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |